B. EDWARD BURR, trustee,

*v.*

JOSEPH CONTENTI et al.

[Decided May 14th, 1928.]

On appeal from a decree in the court of chancery advised by Chancellor Walker.

*Messrs. Henn & Burr,* for the appellant.

PER CURIAM.

The question presented on this appeal is identical with that considered and determined at the present term in the case of *Henn* v. *Heath, Inc.*

For the reason stated in the opinion filed in the case referred to, the portion of the decree appealed from in the present case will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.  15.

*For reversal*—None.